UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Varon L Bauler<br><br>    Debtor(s) | Case No. 11 B 46723 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/17/2011.

2) The plan was confirmed on 06/20/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/20/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/24/2014.

5) The case was Dismissed on 01/14/2015.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,393.18 |
| Less amount refunded to debtor | $22.71 |

**NET RECEIPTS:** $5,370.47

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,555.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $224.32 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,779.32

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accounts Receivable Management | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| Alliance One | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,382.00 | 159.14 | 159.14 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | NA | 1,073.53 | 1,073.53 | 6.94 | 0.00 |
| Americollect Inc | Unsecured | 140.00 | 145.52 | 145.52 | 0.00 | 0.00 |
| Blue Cross Blue Shield | Unsecured | 739.31 | NA | NA | 0.00 | 0.00 |
| C U Recovery | Unsecured | 336.87 | NA | NA | 0.00 | 0.00 |
| Cardiology Associates of NW IN | Unsecured | 143.21 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 3,000.00 | 1,927.97 | 1,927.97 | 20.07 | 0.00 |
| Community Hospital | Unsecured | 667.00 | 667.49 | 667.49 | 5.63 | 0.00 |
| Community Hospital | Unsecured | 1,213.00 | 431.04 | 431.04 | 0.00 | 0.00 |
| Credit Recovery | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Credit Recovery | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Dana Monique Woodfork | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Fair Collections & Out | Unsecured | 606.00 | NA | NA | 0.00 | 0.00 |
| G & V Medical Services Inc | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 1,300.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | NA | 221.00 | 221.00 | 221.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | NA | 6,756.06 | 6,756.06 | 70.30 | 0.00 |
| Illinois Tollway | Unsecured | 17,198.00 | 17,197.70 | 17,197.70 | 178.95 | 0.00 |
| Internal Revenue Service | Unsecured | 1,761.36 | 5,201.72 | 5,201.72 | 54.13 | 0.00 |
| Internal Revenue Service | Priority | 3,771.88 | 952.56 | 952.56 | 952.56 | 0.00 |
| Komyatte & Associates | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| Komyatte & Associates | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| Komyatte & Associates | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Lake Imaging LLC | Unsecured | 11.90 | 74.00 | 74.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Lake Imaging LLC | Unsecured | 465.00 | 583.90 | 583.90 | 6.08 | 0.00 |
| Lake Imaging LLC | Unsecured | 191.00 | 11.90 | 11.90 | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 47.13 | NA | NA | 0.00 | 0.00 |
| Miramedrg | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| National Account Services | Unsecured | 873.00 | NA | NA | 0.00 | 0.00 |
| Patients 1st ER Med Consult PC | Unsecured | 473.00 | 2,269.33 | 2,269.33 | 23.62 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 348.53 | NA | NA | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 800.00 | 1,050.00 | 1,050.00 | 6.79 | 0.00 |
| Revenue Cycle Solutions | Unsecured | 56.31 | NA | NA | 0.00 | 0.00 |
| Revenue Cycle Solutions | Unsecured | 56.31 | NA | NA | 0.00 | 0.00 |
| Revenue Cycle Solutions | Unsecured | 737.53 | NA | NA | 0.00 | 0.00 |
| Ronald J Hennings | Unsecured | 56.31 | 517.52 | 517.52 | 5.39 | 0.00 |
| Saint Margaret Hospital | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Saint Margaret Hospital | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Satish Patel/Paul Pickering MD | Unsecured | 54.81 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 1,923.00 | 1,923.00 | 1,923.00 | 20.02 | 0.00 |
| SSHMC Of Wisconsin St Clare Hospital | Unsecured | 990.00 | 990.20 | 990.20 | 6.40 | 0.00 |
| St Margaret Mercy ER Phys | Unsecured | 230.82 | 1,274.76 | 1,274.76 | 13.27 | 0.00 |
| State Collection Service | Unsecured | 1,062.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| Zenith Acquisition | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| Zenith Acquisition | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,173.56 | $1,173.56 | $0.00 |
| **TOTAL PRIORITY:** | **$1,173.56** | **$1,173.56** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$42,254.78** | **$417.59** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,779.32 |
| Disbursements to Creditors | $1,591.15 |
| **TOTAL DISBURSEMENTS** : | **$5,370.47** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/26/2015       By: /s/ Marilyn O. Marshall
                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**